UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANKLIN PADILLA, on behalf of himself and all
other persons similarly situated,

                                                Docket No.: 20-CV-05038 (JS) (ST)

                            Plaintiff,

    -against-

MODERN FACILITIES SERVICES, INC.,

                           Defendant.
-----------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE RELATING TO OPT-IN PLAINTIFF GLENDA YANETH RODRIGUEZ ONLY

**WHEREAS** opt-in Plaintiff Glenda Yaneth Rodriguez submitted a Consent to Join form electing to participate in this action as a collective action member under the Fair Labor Standards Act ("FLSA");

**WHEREAS** Plaintiffs' counsel investigated opt-in Plaintiff Glenda Yaneth Rodriguez's claims and interviewed her regarding the factual circumstances of her employment;

**WHEREAS** these investigations by Plaintiffs' counsel revealed that opt-in Plaintiff Glenda Yaneth Rodriguez does not possess a viable claim for overtime wages under the FLSA; and

**WHEREAS**, because opt-in Plaintiff Glenda Yaneth Rodriguez does not possess a viable claim for overtime wages under the FLSA, opt-in Plaintiff Glenda Yaneth Rodriguez has authorized Plaintiffs' counsel to dismiss her FLSA overtime claim and her remaining claims under New York law without prejudice;

**IT IS HEREBY STIPULATED AND AGREED**, by and between opt-in Plaintiff Glenda Yaneth Rodriguez and Defendant, through their undersigned counsel of record, that the Court shall

dismiss all of opt-in Plaintiff Glenda Yaneth Rodriguez's claims without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS HEREBY STIPULATED AND AGREED** that this stipulation applies solely to opt-in Plaintiff Glenda Yaneth Rodriguez and will not impact the claims of the Plaintiff or any other opt-in Plaintiff in any manner.

A facsimile or PDF copy of this stipulation shall be treated with the same force and effect as an original copy of this stipulation.

| | |
|---|---|
| LAW OFFICE OF PETER A. ROMERO PLLC | McCARTER & ENGLISH, LLP |
| By: *[signature]* | By: *[signature]* |
| Peter A. Romero, Esq. <br> David D. Barnhorn, Esq. <br> 490 Wheeler Road, Suite 250 <br> Hauppauge, New York 11788 <br> Telephone: (631) 257-5588 <br> Email: promero@romerolawny.com <br> Email: dbarnhorn@romerolawny.com <br> *Attorneys for Plaintiff and Opt-in Plaintiffs* | Christopher S. Mayer, Esq. <br> (admitted *pro hac vice*) <br> Ilana Levin, Esq. <br> Four Gateway Center <br> Newark, New Jersey 07102 <br> Telephone: (973) 848-5393 <br> Email: cmayer@mccarter.com <br> Email: ilevin@mccarter.com <br> *Attorneys for Defendant Modern Facilities Services, Inc.* |
| Dated: June 21, 2023 | Dated: June 8, 2023 |