**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | August 31, 2023 |
| TIME: | 10:30 A.M. |
| DOCKET NUMBER(S): | CV-20-5038 (JS) |
| NAME OF CASE(S): | Padilla v. Modern Facilities Services, Inc. |
| FOR PLAINTIFF(S): | Barnhorn |
| FOR DEFENDANT(S): | Mayer |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | AT&T (10:30 - 10:45) |
| RULINGS FROM Order to Show Cause Hearing: | |

In light of opt-in Plaintiff Maria Garcia and Walter Hernandez's failure to communicate with counsel or the Court for over five months, and failure to appear at this hearing to show cause why their cases should not be dismissed for failure to prosecute, the Court respectfully recommends that the District Court dismiss all claims by Marcia Garcia and Walter Hernandez for failure to prosecute and close the case. The claims of all other Plaintiffs have already been resolved through settlement, which was approved by the Court on July 13, 2023. The Motion to Withdraw as Attorney [76] is denied as moot.